```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 17655
   MICHAEL C STOLL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
             Debtor
     SSN XXX-XX-0175


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/27/2007 and was not confirmed.

      The case was dismissed without confirmation 01/10/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
AMERICAS RECOVERY NETWOR   UNSECURED         NOT FILED          .00          .00
CITY OF CHICAGO PARKING    UNSECURED         NOT FILED          .00          .00
COMCAST                    UNSECURED         NOT FILED          .00          .00
INTERNAL REVENUE SERVICE   UNSECURED          2500.00           .00          .00
EMERGENCY PHYSICIANS       UNSECURED         NOT FILED          .00          .00
COMMONWEALTH EDISON        UNSECURED         NOT FILED          .00          .00
NORWEGIAN AMERICAN HOSPI   UNSECURED         NOT FILED          .00          .00
CUB FOODS                  UNSECURED         NOT FILED          .00          .00
FRANCISCO EMERGENCY PHYS   UNSECURED         NOT FILED          .00          .00
TCF BANK                   UNSECURED         NOT FILED          .00          .00
ST MARY OF NAZARETH        UNSECURED         NOT FILED          .00          .00
KNS FUNDING INC            UNSECURED         NOT FILED          .00          .00
INTERNAL REVENUE SERVICE   PRIORITY           4500.00           .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY           .00                         .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00


         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                     .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                      --------------      --------------
TOTALS                      .00                   .00




                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 17655 MICHAEL C STOLL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE